# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re                                       ) Case No. 15-40924-cec
                                            )
James Taliento                              ) Chapter 13
                                            )
                                            ) Hon. Carla E. Craig
                                            )
SSN: xxx-xx-6335                            )
                                            )

RECEIVED 2015 MAY 21 A 11:42
CLERK BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee, and the debtor shall pay to the trustee the sum of $150.00 monthly for a period of 6 months, to be followed by a sum of $500 for a period of 6 months, to be followed by a period of $3000 for a period of 48 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    1. Full payment in deferred cash payments of all claims entitled to priority under 11 USC Sec.507; the Trustee shall receive the legally allowed commission.

    2. Pre-petition mortgage arrears shall not be paid under the plan.

3. Unsecured claims to receive approximately 90% of their timely filed proof of claims.

4. Unsecured claims not timely filed will not be paid.

5. Title to the debtor's property shall revest in the debor upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of the plan, the debtor will not incur post-petition debt over $1,500.00 without the written consent of the Chapter 13 Trustee of this Court.

Dated: March 30, 2015

/James Taliento  *James Taliento* (signature)
James Taliento